

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

     v.

                           Case No. 2:19 mj 128
                           Court Date: February 22, 2019

JACK R. RODRIGUEZ

## CRIMINAL INFORMATION

(Misdemeanor)-Violation Notice No. 7733454

THE UNITED STATES ATTORNEY CHARGES:

That on or about February 22, 2019, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JACK R. RODRIGUEZ, did unlawfully drive and operate a motor vehicle while under the influence of alcohol.

    (In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-266.)

                      Respectfully submitted,

                      G. Zachary Terwilliger
                      United States Attorney

      By: _____
             James T. Cole
             Special Assistant U.S. Attorney
             Office of the U.S. Attorney
             101 West Main Street, Suite 8000
             Norfolk, VA  23510
             Ph: (757) 441-6712
             Fax:(757) 441-3205
             James.Cole@usdoj.gov